FILED
CLERK, U.S. DISTRICT COURT
DEC 2 3 2014
CENTRAL DISTRICT OF C[A]
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ABRAHAM CORTEZ CHAMORRO, , <br> Defendant. | Case No. 14-2510M <br> ORDER OF DETENTION |

I.

The Court conducted a detention hearing:

☐  On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving Choose an item.

☒  On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is NOT entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:   ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Lack of significant bail resources
☐ Refusal to interview with Pretrial Services
☐ No stable residence or employment
☐ Previous failure to appear or violations of probation, parole, or release
☐ Ties to foreign countries
☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
☒ IMMIGRATION DETAINER/undocumented immigration status and use of alias name

As to danger to the community:

- ☒ Nature of previous criminal convictions, which include felony drug convictions
- ☒ Allegations in present charging document
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☒ currently facing state felony drug charges alleged to have occurred shortly after re-entry, without permission, into the U.S.

## V.

☐ The Court finds a serious risk that the defendant will

- ☐ obstruct or attempt to obstruct justice.
- ☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

Defendant is an undocumented alien. Defendant was previously deported/removed to Mexico by immigration authorities in 2014 following his conviction, in 2005, for possession of cocaine base for sale. The Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail given the current state felony drug related charges he is facing and the fact that in addition to the prospective penalty that defendant faces, if convicted of the charged offense, he will likely be deported after serving the sentence imposed, and the Court finds that, in conjunction with the other factors noted above, this will provide an incentive to flee the jurisdiction.

## VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: December 23, 2014

HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE